## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: SHIRLEY A. DOUGLAS    CHAPTER 13 PROCEEDING
                             CASE NO. 09-13893

### AGREED ORDER APPROVING COMPROMISE AND SETTLEMENT AND APPROVING ATTORNEY'S FEE

THIS CAUSE came on for consideration this date upon the Motion for Approval of Compromise and Settlement and Request for Approval of Attorney's Fee (docket nos. 36 and 37) filed by Schwartz & Associates, with there being no Objections filed in response thereto, and the Court having jurisdiction over both the parties and the subject matter, and having considered the pleadings, and being otherwise fully advised in the premises, find that the Motion is well-taken and that the relief sought therein should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the settlement reached on behalf of the Debtor resolving a certain personal injury claim is approved for $500,000.00.

IT IS FURTHER ORDERED AND ADJUDGED that the compensation and reimbursement of expenses to be received by Schwartz & Associates is approved for $172,414.68.

IT IS FURTHER ORDERED AND ADJUDGED that all excess settlement proceeds after payment of legal fees and reimbursement of expenses shall be tendered to the Chapter 13 Case Trustee for distribution to timely-filed unsecured Proofs of Claim, or disbursed by Vann F. Leonard, Attorney for Schwartz & Associates, at the direction of the Chapter 13 Case Trustee, all without further Order of this Court.

SO ORDERED.

This the 3rd day of June, 2010.

*/s/ David W. Houston, III*

U.S. Bankruptcy Judge

**EXHIBIT "D"**

Submitted by:

Vann F. Leonard, MSB No. 9611
Betty Thomas DeRossette, MSB No. 101118
Post Office Box 16026
Jackson, Mississippi 39236-6026
(601) 605-8228
FAX (601) 898-2226
vfllaw@bellsouth.net