IN THE UNITED STATES BANKRUPTCTY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: SHIRLEY DOUGLAS                               CHAPTER 13 PROCEEDING

                                                      CASE NO. 09-13893

TERRE M. VARDAMAN, TRUSTEE FOR
THE ESTATE OF SHIRLEY ANN DOUGLAS                     PLAINTIFF

VS.

RICHARD B. SCHWARTZ, SCHWARTZ &                       ADVERSARY NO. 10-01187-DWH
ASSOCIATES, P.A., and VANN F. LEONARD
AND JOHN DOES                                         DEFENDANTS

## ORDER GRANTING SHIRLEY DOUGLAS' MOTION TO INTERVENE

This cause is before the Court pursuant to the Motion of the Debtor Shirley Douglas to Intervene in this Action. The Court held a telephonic conference on this matter on November 12, 2010 in which counsel for Shirley Douglas and counsel for the Trustee confirmed that the size of the claim in this matter is large enough to satisfy all creditors' claims so that Shirley Douglas has an interest in this proceeding. The Court therefore finds that the Shirley Douglas' Motion to Intervene should be granted. Shirley Douglas is permitted to intervene as a plaintiff in this action.

The Court further finds that the Debtor Shirley Douglas' Motion for Show Cause Order and to Rescind Order Approving Attorney's Fees shall be held in abeyance until further direction by the Court.

ORDERED this the 12th November, 2010.

_David W. Houston, III_
UNITED STATES BANKRUPTCY JUDGE

EXHIBIT "F"

Order submitted by:

s/ Philip W. Thomas
MS Bar No. 9667


PHILIP W. THOMAS, P.A.
747 North Congress Street
Jackson, MS 39202
Post Office Box 24464
Jackson, MS 39225-4464
Tel: (601) 714-5660
Fax: (601) 714-5659