## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: SHIRLEY A. DOUGLAS             CHAPTER 13 PROCEEDING
                                      CASE NO. 09-13893

### AGREED ORDER APPROVING EMPLOYMENT OF SPECIAL COUNSEL
### *NUNC PRO TUNC* AND APPROVING CONTINGENCY FEE CONTRACT

THIS CAUSE came on for consideration this date upon the Motion to employ the law firm of Schwartz & Associates as special counsel *nunc pro tunc* and requesting approval of the contingency fee contract (docket no. 38) between Debtor Shirley A. Douglas and Schwartz & Associates, with there being no Objections filed in response thereto, and the Court having jurisdiction over both the parties and the subject matter, and having considered the pleadings, and being otherwise fully advised in the premises, find that the Motion is well-taken and that the relief sought therein should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the employment of Schwartz & Associates as special counsel *nunc pro tunc* be and hereby is approved.

IT IS FURTHER ORDERED AND ADJUDGED that the employment of Schwartz & Associates be and hereby is approved pursuant to the terms of the contingency fee contract between the Debtor and Schwartz & Associates, only after notice and an opportunity to be heard as contemplated by 11 U.S.C. 330, Fed.R.Banr.P. 2016, and all other applicable statutes and rules.
SO ORDERED.

This the 3rd day of June, 2010.

_____
U.S. Bankruptcy Judge

Submitted by:



Vann F. Leonard, MSB No. 9611
Betty Thomas DeRossette, MSB No. 101118
Post Office Box 16026
Jackson, Mississippi 39236-6026
(601) 605-8228
FAX (601) 898-2226
vfllaw@bellsouth.net