Case 3:10-cv-00677-DPJ -FKB   Document 18-1   Filed 01/13/11   Page 1 of 1
Case 1:10-cr-00172-SA -JAD   Document 2   Filed 01/05/11   Page 1 of 1
Criminal Notice (N.D.Miss.1990)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

## NOTICE

UNITED STATES OF AMERICA

V.                                                CASE NO. 1:10CR172-SA-JAD

VANN FREDRIC LEONARD

---

**TAKE NOTICE** that a proceeding in this case has been **RESET** for the place, date, and time set forth below:

| Place | Room No. |
|---|---|
| UNITED STATES FEDERAL BUILDING<br>301 WEST COMMERCE STREET<br>ABERDEEN, MISSISSIPPI 39730 | COURTROOM 1 - THIRD FLOOR<br>MONDAY, JANUARY 31, 2011, 2:30 P.M.<br><br>Date and Time |

Type of Proceeding

WAIVING OF INDICTMENT/ FILING OF INFORMATION/TAKING OF PLEA
AS TO COUNT ONE OF THE INFORMATION
BEFORE UNITED STATES DISTRICT JUDGE SHARION AYCOCK.
A PRESENTENCE INTERVIEW WILL TAKE PLACE IMMEDIATELY FOLLOWING
THE PLEA PROCEEDINGS.  COUNSEL FOR DEFENDANT MAY ATTEND.
*ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES

DAVID CREWS, Clerk of Court

BY:  /s/ Ginger Sullivan
Ginger Sullivan - Courtroom Deputy

Date: January 5, 2011

To:    Joseph M. Hollomon (electronic notice only)    Robert J. Mims (electronic notice only)
       U. S. Probation Service (electronic notice only)   U. S. Marshal Service (electronic notice only)

CONTACT GINGER SULLIVAN AT 662-369-2628 OR ginger_sullivan@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS

Exhibit "1"